°JOSEPH AMIRI, Respondent, v. ASTER DRUG COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

CLARENCE E. BABBIDGE, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Order setting aside verdict and directing new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

HUMPHREY M. BOURNE, Respondent, v. GARDINER & WELLS CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

IDA CADIGAN, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of GRACE KEENAN, Respondent, v. WILLIAM SPITZ, Appellant.— Order of filiation of the Court of Special Sessions affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

JOHN J. CONCANNON, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

JOSEPH COX, Respondent, v. GREELEY SIGHTSEEING BUS LINES, INC., Appellant.— Judgment unanimously affirmed, with costs. We think the alleged error in the judge's charge relative to the right of way was not sufficiently serious to justify a reversal. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

CHARLES DANTUONO, Appellant, v. LINDLEY M. GARRISON, as Receiver of the NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

EAST PENN FOUNDRY COMPANY, Respondent, v. LOUIS GREENBERG PLUMBING SUPPLIES, INC., Appellant.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

PHILIP FLEISHER, Respondent, v. THE PHŒNIX INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.